CATHERINE GUTIERREZ  HI BAR # 7115
1001 BISHOP STREET, STE. 710
Honolulu, Hawaii  96813
Telephone: (808) 532-3229
Facsimile: (808) 758-5359
catherinegutierrezlaw@gmail.com

Attorney for Defendant,
Keliikoa Kaimana Foster Young (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br><br>KELIIKOA ("KELII") KAIMANA FOSTER YOUNG,  (01)<br><br>　　　　　Defendant. | ) CASE NO. 22-00106 JAO<br>)<br>) STIPULATION AND ORDER TO<br>) AMEND THE CONDITIONS OF<br>) SUPERVISE RELEASE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION AND ORDER TO AMEND THE CONDITIONS
OF SUPERVISED RELEASE

IT IS HERBY AGREED AND STIPULATED TO by and between the

Defendant Keliikoa Kaimana Foster Young and the United States of America, through

their undersigned counsels, that the conditions of supervised release be modified to add the following language:

A. Condition 7h3:  Defendant shall be permitted to travel to Las Vegas, Nevada to visit with family on November 3, 2023 through November 6, 2023.  Prior to traveling, Defendant shall provide a copy of his itinerary, including flight and hotel information to the U.S. Probation office/Pretrial Services.

B. All other conditions of release shall remain in full force and effect.

DATED:  Honolulu, Hawaii,_____.


/s/ Wayne Myers
WAYNE MYERS
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA


/s/ Catherine Gutierrez
CATHERINE P. GUTIERREZ, ESQ.
Attorney for Keliikoa Kaimana Foster Young


/s/ David Kahunahana
DAVID KAHUNAHANA
U.S. Probation Officer

IT IS HEREBY APPROVED AND SO ORDERED:

DATED: October 3, 2023, at Honolulu, Hawaii.



Jill A. Otake
United States District Judge

USA v. KELIIKOA KAIMANA FOSTER YOUNG (01)
CR. NO. 22-00106 JAO
STIPULATION AND ORDER TO AMEND THE CONDITIONS OF SUPERVISED RELEASE

3