CATHERINE GUTIERREZ  HI BAR # 7115
1001 BISHOP STREET, STE. 710
Honolulu, Hawaii  96813
Telephone: (808) 532-3229
Facsimile: (808) 758-5359
catherinegutierrezlaw@gmail.com

Attorney for Defendant,
Keliikoa Kaimana Foster Young (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br><br>KELIIKOA ("KELII") KAIMANA<br>FOSTER YOUNG,  (01)<br><br>　　　　　　Defendant. | ) CASE NO. 22-00106 JAO<br>)<br>) SECOND STIPULATION AND ORDER<br>) TO AMEND THE CONDITIONS OF<br>) SUPERVISE RELEASE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SECOND STIPULATION AND ORDER TO AMEND THE CONDITIONS
OF SUPERVISED RELEASE

　　IT IS HERBY AGREED AND STIPULATED TO by and between the

Defendant Keliikoa Kaimana Foster Young and the United States of America, through

their undersigned counsels, that the conditions of supervised release be modified to add the following language:

A. Condition 7h3: Defendant shall be permitted to travel to Las Vegas, Nevada to visit with family on November 21, 2024 through November 25, 2024. Prior to traveling, Defendant shall provide a copy of his itinerary, including flight and hotel information to the U.S. Probation office/Pretrial Services.

B. All other conditions of release shall remain in full force and effect.

DATED: Honolulu, Hawaii,      Sept. 23, 2024                   .

/s/ Wayne Myers
WAYNE MYERS
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/ Catheirne Gutierrez
CATHERINE P. GUTIERREZ, ESQ.
Attorney for Keliikoa Kaimana Foster Young

/s/ David Kahunahana
DAVID KAHUNAHANA
U.S. Probation Officer

IT IS HEREBY APPROVED AND SO ORDERED:

DATED: September 24, 2024, at Honolulu, Hawaii.



/s/ Jill A. Otake
Jill A. Otake
United States District Judge

Judge of the Above-Entitled Court

USA v. KELIIKOA KAIMANA FOSTER YOUNG (01)
CR. NO. 22-00106 JAO
SECOND STIPULATION AND ORDER TO AMEND THE CONDITIONS OF SUPERVISED RELEASE